IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 05-00109-01-CR-W-SOW |
| RICK E. ENSS, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Before the Court is defendant's Motion to Revoke or Amend Detention Order (Doc. # 17). On March 30, 2005, a federal grand jury charged defendant with the following offenses: (1) Enticement of a Child to Engage in Prohibited Sexual Conduct (18 U.S.C. § 2422(b)), (2) Providing Child Pornography to a Minor (18 U.S.C. § 2252A(a)(6)), (3) Receiving Child Pornography (18 U.S.C. § 2252(a)(2)), (4) Possessing Child Pornography (18 U.S.C. § 2252(a)(4)(B)), and (5) Possessing Child Pornography (18 U.S.C. § 2252(a)(4)(B)). After conducting a detention hearing on April 4, 2005, pursuant to 18 U.S.C. § 3142(f), Chief United States Magistrate Judge John T. Maughmer ordered defendant to be detained without bail pending trial pursuant to 18 U.S.C. § 3142(e) and (i). Judge Maughmer ordered defendant's detention after finding by clear and convincing evidence that no condition or combination of conditions would reasonably assure the safety of any other person and the community. Judge Maughmer based his decision on the nature of the charges against defendant, including the fact the offenses are crimes of violence, defendant's past conduct, and evidence demonstrating "that defendant has made attempts to contact the victims in this case despite being aware of a pending state investigation and a court order to not contact any of the victims in the case." Detention Order at 2.

Having performed a *de novo* review of the record, the Court agrees with Judge Maughmer that clear and convincing evidence supports a finding that no condition or combination of conditions will reasonably assure the safety of any other person and the community. In support of this conclusion, the Court relies on the nature and circumstances of the charges against the defendant, including the fact that the alleged offenses are crimes of violence and involve children; defendant's past conduct, including evidence of violent and suicidal behavior; Congress's finding that Counts 1 & 3 pose special risks; and the fact that defendant has attempted to contact the victims in this case despite his awareness of a pending state investigation and an order from the Circuit Court of Carroll County, Missouri, instructing him not to have any contact with the victims in this case.

Accordingly, it is hereby

ORDERED that defendant's Motion to Revoke or Amend Detention Order (Doc. # 17) is denied.

/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: 6-1-05